UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                  CASE NO:
CAROLINE THEN
FELIX URENA
                                                                              CHAPTER 13
Debtor(s).

_____/

xx_ **Chapter 13 Plan**                        ____ **Amended Chapter 13 Plan**

     **COMES NOW**, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pa the following sums to the Chapter 13 Standing Trustee:

<u>Plan Payments</u>

| **Payment Number by months** | **Amount of Monthly Plan Payment** |
|---|---|
| 1-60 | $1,540.00.00 |
| | Total payments: $92,400.00 |

     The Debtor(s) shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

<u>PAYMENT OF CLAIMS THROUGH THE PLAN</u>

**Attorney's Fees**/administrative

| **Attorney Name** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| David J. Pedersen | $2,000.00 | $100.00 | 1-20    20 pmts |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| **Name of Creditor** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| None other than Trustee | | | |

**Secured Claims**

| **Name of Creditor** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
|---|---|---|---|
| A. Bank of America<br>   regular mortgage payment | $370,263.40 | $1,230.08 | 1-60, 60 pmts |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| A   Bank of America | | | |

Arrearage on first mortgage, to be capitalized in mortgage modification of first mortgage

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Property to Be Surrendered:**

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

**The Following Executory Contracts are Assumed:**

Name of Creditor:            Description of Collateral:            Payment Month Numbers:
NONE

**The Following Executory Contracts are Rejected:**

Name of Creditor:            Description of Collateral:
NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage:     pro-rata, estimated at 100%

**CLAIMS PAID OUTSIDE PLAN:**
NONE

Property of the Estate retests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

_____
FELIX URENA
Debtor Signature

_____
CAROLINE THEN
Debtor Signature

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States Mail, postage paid, to All Creditors and Parties in Interest as listed on the Court's Matrix dated _____ attached, this _____ day of _____, 2014.

/S/ DAVID J. PEDERSEN
David J. Pedersen, Esq.
1901 Woodward Street
Orlando, Florida, 32803
Telephone (407) 896-8008
Facsimile (407) 896-6279
Designated e-mail for service
djpedersen@cfl.rr.com
FL Bar No.: 0984337
Attorney for Debtor